JUDGE'S COURTESY COPY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 10/26/09

David H. Bernstein (dhbernstein@debevoise.com)
Jyotin Hamid (jhamid@debevoise.com)
Josephine D. Coakley (jdcoakley@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Defendant The Absolut Spirits Company, LLC*

**MEMO ENDORSED** 10/26/09

The mot'n (Dkt. No. 24) is DENIED w/o prejudice to renewal of ty drwy, for _____ of ___'s _____ (_____). SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
CHARITY GROUP, LLC and
SCOTT O. TALBOT,

             Plaintiffs,

  -against-

THE ABSOLUT SPIRITS COMPANY, LLC,

             Defendant.
-------------------------------------------------------------- X

FILED ELECTRONICALLY copy for chambers

No. 08 CV 11020 (BSJ) (AJP)

BY FAX

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Declaration of Simon Ford (and the exhibits thereto), Local Rule 56.1 Statement, and upon all prior pleadings and proceedings had in this case, Defendant The Absolut Spirits Company, LLC will move before the Hon. Barbara S. Jones, U.S. District Judge, at a date and time convenient for the Court, in Courtroom 17C at the United States Courthouse, 500 Pearl St., New York, New York 10007, for an order granting summary judgment in favor of the defendant and dismissing this action, with prejudice, pursuant to Fed. R. Civ. P. 56, and such other and further relief as is just and proper.

23061360v1

DATED:   New York, New York
         October 21, 2009

                      DEBEVOISE & PLIMPTON LLP

                      By:  /s/ David H. Bernstein
                          David H. Bernstein (dhbernstein@debevoise.com)
                          Jyotin Hamid (jhamid@debevoise.com)
                          Josephine D. Coakley (jdcoakley@debevoise.com)
                      919 Third Avenue
                      New York, New York 10022
                      Telephone (212) 909-6000
                      Facsimile (212) 521-7696

                      *Attorneys for Defendant The Absolut Spirits Company, LLC*

**TO:**

Martin S. Siegel, Esq.
Brown Rudnick, LLP
Seven Times Square
New York, New York 10036

*Counsel for Plaintiffs Charity Group, LLC
and Scott O. Talbot*

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

Dated: October 26, 2009                    Total Number of Pages: 3

| TO | FAX NUMBER |
|---|---|
| Martin S. Siegel, Esq. | 212-209-4801 |
| David H. Bernstein, Esq. | 212-521-7696 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 10/26/09**

The motion (Dkt. No. 24) is <u>**DENIED**</u> w/o prejudice to renewal after discovery, for reasons discussed at today's conference (<u>see</u> transcript).

Copy to:   Judge Barbara S. Jones