```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/26/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CHARITY GROUP, LLC & SCOTT O. TALBOT,　　:

　　　　　　　Plaintiffs,　　　　　　　　　　:　　08 Civ. 11020 (BSJ) (AJP)

　　　　　-against-　　　　　　　　　　　　　:　　<u>RULE 16 IPTC SCHEDULING ORDER</u>

THE ABSOLUT SPIRITS COMPANY, LLC,　　　　:

　　　　　　　Defendant.　　　　　　　　　　:

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the Initial Pretrial Conference pursuant to Rule 16, Fed. R. Civ. P., held on October 26, 2009 before Magistrate Judge Andrew J. Peck, IT IS HEREBY ORDERED THAT:

1.　　Fact discovery (as limited by today's conference, <u>see</u> transcript) must be completed by December 23, 2009.

2.　　Defendant's summary judgment motion must be filed by January 15, 2010, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned.

3.　　Plaintiffs' opposition papers shall be due by February 6, 2010, and defendant's reply papers shall be due by February 20, 2010.

4. The parties shall promptly contact my chambers in the event of any discovery disputes or if they would like to discuss settlement.

5. The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided.

SO ORDERED.

DATED:   New York, New York
         October 26, 2009]

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Martin S. Siegel, Esq.
                              David H. Bernstein, Esq.
                              Judge Barbara S. Jones

C:\ORD\16RULES